**United States Bankruptcy Court**
**Northern District of Ohio**
**Eastern Division at Akron**

| | | |
|---|---|---|
| In re: | * | Case No. 20-52205 |
| | * | |
| Christina M Juhasz | * | |
| | * | Chapter 13 |
| | * | |
| | * | Judge Alan Koschik |
| Debtor | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### OBJECTION TO MOTION FOR RELIEF FROM STAY(FIRST MORTGAGE)

Now comes the debtor, Christina M Juhasz, by and through undersigned Counsel, and objects to the Motion for Relief from Stay filed by PNC Bank(docket #28). She wants to get caught up on the mortgage inside her bankruptcy.

/s/ James F. Hausen
James F. Hausen (0073694)
Attorney for Debtors
215 E. Waterloo Rd, Suite 17
Akron, OH 44319
Telephone: (234)-678-0626
Fax:  234-201-6104

### CERTIFICATE OF SERVICE

I certify that this Objection was electronically transmitted on or about February 1, 2023 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

Chapter 13 Trustee, Keith Rucinski
Stephen R. Franks, Attorney for PNC Bank

I further certify that the following received notice by regular US Mail at the specified address on the date first set forth above:

None

/s/ James F. Hausen
James F. Hausen