# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE:

Christina M Juhasz

DEBTOR(S)

) CHAPTER 13
) CASE NO: 20-52205
)
) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
)
) TRUSTEE'S OBJECTION TO DEBTOR(S)
) MOTION TO MODIFY CHAPTER 13 PLAN OR
) MOTION TO COMPLETE EARLIER THAN
) APPLICABLE COMMITMENT PERIOD
) TRUSTEE'S REQUEST FOR HEARING
)

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby objects to the

  X   Debtor(s) Motion to Modify Plan

\_\_\_\_\_ Debtor(s) Motion to Complete Plan Earlier than the Applicable
      Commitment Period

The debtor(s) have not supplied sufficient information for the Trustee to evaluate whether the modification represents the debtor(s) best efforts pursuant to 11 USC Section 1325(b)(1)(B). The Trustee requests that the debtor provide additional documents so the proposed modification may be evaluated. The additional documents requested are:

\_\_\_\_\_ Updated paystubs for the debtor(s)

\_\_\_\_\_ The most recent filed tax return for the debtor(s)

\_\_\_\_\_ Any other documentation related to the requested modification (i.e. 401k documentation, settlement statement on another lawsuit, proof of contribution from a family member, etc.)

\_\_\_\_\_ Amended Schedules I and J

\_\_\_\_\_ Affidavit of Family Member or Friend supplying funds to the debtor(s)

  X   Plan is not feasible at 68 months at the proposed $2100 per month. The amended schedule J is showing the $444 mortgage payment, which is now being paid as a conduit payment of $444.76 per month through the plan. In order for the plan to complete in 60 months, plan payments would need to be increased to $3158 per month. Plan payments are delinquent $9957 as of the date of this objection. The Trustee is requesting documents showing Debtor's social security income of $2258 per month and proof of daughter's $1178 per month contribution to household income.

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

WHEREFORE, the Trustee hereby requests the Court sustain the Trustee's objection if these documents and other information are not provided to the Trustee's Office and further requests a hearing on this matter.

Respectfully submitted,


**/s/ Keith L. Rucinski**

Keith L. Rucinski,Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
One Cascade Plaza, Suite 2020
Akron, OH  44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH  44308
(330)762-6335
Fax
(330)762-7072

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 02/12/2025, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

Christina M Juhasz
2680 Edwin Ave
Akron, OH  44314

<u>Via ECF</u>

JAMES F HAUSEN ESQ (jhausen@hausenlaw.com)
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

Date of Service: 02/12/2025                By: H. Byler
                                           Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH  44308
(330)762-6335
Fax
(330)762-7072